IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Avant, Emma J                                        Case Number:  04 B 12746
                                                              Judge:  Hollis, Pamela S
Printed:  11/6/07                                             Filed:  3/31/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  September 20, 2007
Confirmed:  June 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,240.00 |  |
| Secured: |  | 4,950.75 |
| Unsecured: |  | 12,627.73 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,127.52 |
| Other Funds: |  | 640.00 |
| Totals: | 22,240.00 | 22,240.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 956.92 | 956.92 |
| 4. | Bank One | Secured | 7,227.48 | 3,993.83 |
| 5. | GMAC Mortgage Corporation | Unsecured | 250.00 | 250.00 |
| 6. | Beneficial Illinois Inc | Unsecured | 1,007.96 | 1,495.88 |
| 7. | Bank One | Unsecured | 1,441.08 | 0.00 |
| 8. | Nordstrom | Unsecured | 599.05 | 889.03 |
| 9. | Resurgent Capital Services | Unsecured | 1,347.34 | 1,999.54 |
| 10. | ECast Settlement Corp | Unsecured | 203.52 | 302.04 |
| 11. | ECast Settlement Corp | Unsecured | 212.11 | 314.79 |
| 12. | Capital One | Unsecured | 765.98 | 1,136.75 |
| 13. | RoundUp Funding LLC | Unsecured | 225.56 | 334.75 |
| 14. | RoundUp Funding LLC | Unsecured | 668.88 | 992.67 |
| 15. | ECast Settlement Corp | Unsecured | 818.89 | 1,215.29 |
| 16. | Capital One | Unsecured | 551.04 | 817.78 |
| 17. | Card Processing Center | Unsecured | 817.48 | 1,213.20 |
| 18. | Short Term Loans LLC | Unsecured | 186.32 | 276.52 |
| 19. | RoundUp Funding LLC | Unsecured | 630.10 | 935.11 |
| 20. | Capital One | Unsecured | 306.17 | 454.38 |
| 21. | Action Card | Unsecured |  | No Claim Filed |
| 22. | Action Card | Unsecured |  | No Claim Filed |
| 23. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 24. | Providian Bank | Unsecured |  | No Claim Filed |
| 25. | Chadwicks Of Boston | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:**  Avant, Emma J | | Case Number:  04 B 12746 |
| | | Judge:  Hollis, Pamela S |
| Printed:  11/6/07 | | Filed:  3/31/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 27. | Crossing Pointe | Unsecured | | No Claim Filed |
| 28. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 29. | Household Bank FSB | Unsecured | | No Claim Filed |
| 30. | Kmart Corp | Unsecured | | No Claim Filed |
| 31. | Money Lenders | Unsecured | | No Claim Filed |
| 32. | Newport News | Unsecured | | No Claim Filed |
| 33. | SBC | Unsecured | | No Claim Filed |
| 34. | TCF Bank | Unsecured | | No Claim Filed |
| 35. | WSHMC Medical Group | Unsecured | | No Claim Filed |
| 36. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 37. | Telecheck | Unsecured | | No Claim Filed |

                                              _____                       _____
                                              $ 21,109.88              $ 20,472.48

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 105.64 |
| 6.5% | 329.67 |
| 3% | 0.64 |
| 5.5% | 392.77 |
| 5% | 90.36 |
| 4.8% | 175.47 |
| 5.4% | 32.97 |
| | _____ |
| | $ 1,127.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              *Denise Ashley*  _____